**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01365-CV

**UNITED MEDICAL SUPPLY COMPANY, INC., Appellant**

**V.**

**ANSELL HEALTHCARE PRODUCTS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-02-0433-C**

## ORDER

The Court has before it appellant's August 22, 2013 motion for extension of time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on August 22, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE